UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :

        Plaintiff,     :     **ORDER**

    -against-          :     11 Civ. 4642 (LAK)(MHD)

JOSHUA CONSTANTIN, et al.,     :

        Defendants.    :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

     Defendants having failed to serve any opposing papers in connection with plaintiff's pending motion for summary judgment after two extensions of time to do so, we deem the record to be closed and will address the motion on an "as is" basis.

Dated: New York, New York
       October 5, 2012

                       SO ORDERED.

                       _____
                       MICHAEL H. DOLINGER
                       UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

George S. Canellos, Esq.
Preethi Krishnamurthy, Esq.
Fax: (212) 336-1319

Wendy Beth Tepperman, Esq.
Fax: (212) 336-1320

Barry Antoine Kamar, Esq.
Fax: (212) 336-1322

James Kousouros, Esq.
Fax: (212) 532-1939

Allan Laurence Brenner, Esq.
Fax: (866) 465-7230

By email to:
Mr. Brian Solomon (PRO SE)
bsolomon@solomonkeegan.com